# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: MCLANE, DONALD CARL | § | Case No. 14-82346 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 30, 2014. The undersigned trustee was appointed on July 30, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      103,388.90

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 57,068.93 |
| Administrative expenses | 15,674.52 |
| Bank service fees | 682.28 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 29,963.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/26/2015 and the deadline for filing governmental claims was 01/26/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,241.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,241.77, for a total compensation of $3,241.77.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $45.58, for total expenses of $45.58.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2015    By: /s/MEGAN G. HEEG
                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL  
**Period Ending:** 10/16/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 01/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2468 E Liebert Road, Elizabeth IL 6102<br>Orig. Asset Memo: Orig. Description: Location: 2468 E Liebert Road, Elizabeth IL 61028, (appraised for divorce @ $350,000) (property, previously listed for sale @ $210,000 but no offers, received); Imported from original petition Doc# 1 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Apple River State Bank - farm account joint with<br>Orig. Asset Memo: Orig. Description: Apple River State Bank - farm account joint with son; Imported from original petition Doc# 1 | 9,024.00 | 5,714.21 | | 5,714.21 | FA |
| 3 | Apple River State Bank - business checking d/b/a<br>Orig. Asset Memo: Orig. Description: Apple River State Bank - business checking d/b/a Country Insurance; Imported from original petition Doc# 1 | 69.00 | 0.00 | | 0.00 | FA |
| 4 | Galena State Bank - personal checking<br>Orig. Asset Memo: Orig. Description: Galena State Bank - personal checking; Imported from original petition Doc# 1 | 274.00 | 0.00 | | 0.00 | FA |
| 5 | Normal complement of household goods<br>Orig. Asset Memo: Orig. Description: Normal complement of household goods; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Normal complement of clothing<br>Orig. Asset Memo: Orig. Description: Normal complement of clothing; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7 | (2) Country Companies - whole life (minor childr<br>Orig. Asset Memo: Orig. Description: (2) Country Companies - whole life (minor children are beneficiaries); Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Country Companies - term life insurance<br>Orig. Asset Memo: Orig. Description: Country Companies - term life insurance; Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Country Companies - qualified retirement IRA ann<br>Orig. Asset Memo: Orig. Description: Country | 27,250.00 | 0.00 | | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-82346　　　　　　　　　　　　　　　　　Trustee:　　　(330490)　MEGAN G. HEEG
Case Name:　MCLANE, DONALD CARL　　　　　　　　Filed (f) or Converted (c): 07/30/14 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　§341(a) Meeting Date:　08/28/14
Period Ending: 10/16/15　　　　　　　　　　　　　　　　Claims Bar Date:　　　　01/26/15

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Companies - qualified retirement IRA annuity; Imported from original petition Doc# 1 | | | | | |
| 10 | Country Companies renewal commissions received m<br>　Orig. Asset Memo: Orig. Description: Country Companies renewal commissions received monthly @ approximately $200 or less; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Possible claim against Country companies for wro<br>　Orig. Asset Memo: Orig. Description: Possible claim against Country companies for wrongful termination of employment; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 12 | Social Security Disability Benefits Claim Debtor<br>　Orig. Asset Memo: Orig. Description: Social Security Disability Benefits Claim Debtor has applied for Social Security Disability Benefit, but has not yet received a determination; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2007 Chevy 2500 Pickup truck<br>　Orig. Asset Memo: Orig. Description: 2007 Chevy 2500 Pickup truck; Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 14 | desk, chair and desktop computer<br>　Orig. Asset Memo: Orig. Description: desk, chair and desktop computer; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 15 | 39 fat cattle @ $1800 each, 16 feeder calves @ 8<br>　Orig. Asset Memo: Orig. Description: 39 fat cattle @ $1800 each, 16 feeder calves @ 850; Imported from original petition Doc# 1 | 83,800.00 | 0.00 | | 0.00 | FA |
| 16 | 20 head of sheep @ $85<br>　Orig. Asset Memo: Orig. Description: 20 head of sheep @ $85; Imported from original petition Doc# 1 | 1,700.00 | 0.00 | | 0.00 | FA |
| 17 | 22 goats @ $75<br>　Orig. Asset Memo: Orig. Description: 22 goats @ $75; Imported from original petition Doc# 1 | 1,650.00 | 0.00 | | 0.00 | FA |
| 18 | full complement of farm machinery, including tra | 400,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-82346  
Case Name: MCLANE, DONALD CARL  
Period Ending: 10/16/15

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 07/30/14 (f)  
§341(a) Meeting Date: 08/28/14  
Claims Bar Date: 01/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: full complement of farm machinery, including tractors, trailers, combine, grain trucks, wagons, cattle chute and gates.; Imported from original petition Doc# 1 |  |  |  |  |  |
| 19 | Feed and hay<br>Orig. Asset Memo: Orig. Description: Feed and hay; Imported from original petition Doc# 1 | 4,500.00 | 0.00 |  | 0.00 | FA |
| 20 | Sheraton Vistana Resort - time share<br>Orig. Asset Memo: Orig. Description: Sheraton Vistana Resort - time share; Imported from original petition Doc# 1 | 8,000.00 | 0.00 |  | 0.00 | FA |
| 21 | 2004 plus renewals<br>Blanket UCC Business Assets<br><br>Debtor disclosed as part of "full compliment farm machinery" | 0.00 | 0.00 |  | 0.00 | FA |
| 22 | 1996 Case I.H. Combine<br>(Duplicate of asset 32) | 0.00 | 0.00 |  | 25,000.00 | FA |
| 23 | Spreader & Disc Mower<br>Debtor disclosed as part of "full compliment of farm machinery" | 0.00 | 0.00 |  | 0.00 | FA |
| 24 | Grain Bin, dryer, etc.<br>Grain Center (all components valued at 35,850 per 10/16/14 Teasdale-Gill auction appraisal (duplicate of asset 33) | Unknown | 0.00 |  | 35,850.00 | FA |
| 25 | 2012 Kubota 135 Tractor<br><br>Debtor disclosed as part of "full compliment farm machinery" | 0.00 | 0.00 |  | 0.00 | FA |
| 26 | 1984 GMC topkick Single Axle, 67,906 miles VIN 1GDM7D1Y2EV504452 | 12,500.00 | 3,780.00 |  | 4,200.00 | FA |
| 27 | 2003 Ford Semi-Tractor, 1,234,120 miles<br>Really is: 1998 Ford Conventional Tractor TK, VIN 1FTYY92K3WVA36341 | 4,500.00 | 4,000.00 |  | 4,000.00 | FA |
| 28 | 2009 Mauer single hopper grain trailer | 7,500.00 | 13,000.00 |  | 13,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL  
**Period Ending:** 10/16/15

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 01/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Really: 2010 Maurer Trailer Semi Tlr VIN 1M9KG28288AS152407 |  |  |  |  |  |
| 29 | featherlite 8/x/24 ft trailer, 2 gates<br>really: 1989 Featherlite Trailer VIN 1FPL26206KA020172 | 12,000.00 | 7,000.00 |  | 7,000.00 | FA |
| 30 | 2004 Alumi-Line 6x16x7ft livestock trailer<br>Really: 2005 Alum-Line Trailer VIN 1A9LB182452241675 | 6,900.00 | 5,000.00 |  | 5,000.00 | FA |
| 31 | Other Personal Property (unscheduled) (u)<br>Per divorce judgment on 2/3/14 debtor and wife owned commercial property on Commercial Drive, Hanover, Illinois, and per judgement, there was "no mortgage currently encumbering this property." Property was sold pre-filing. | 0.00 | 0.00 |  | 0.00 | FA |
| 32 | FARMING EQUIPMENT<br>1996 Case I.H. 2188 combine. (Duplicate of asset 22, above) | 0.00 | 0.00 |  | 0.00 | FA |
| 33 | FARMING EQUIPMENT<br>Grain Center (grain dryer, grain handling hopper bin, pit grate/cover, grain bin, 24' x 36' steel building (Duplicate of asset 24 above) | 0.00 | 0.00 |  | 0.00 | FA |
| 34 | Forklift sales proceeds | 0.00 | 1,500.00 |  | 1,500.00 | FA |
| 35 | Refunded unearned insurance premium (u) | 0.00 | 2,124.69 |  | 2,124.69 | FA |
| 35 | **Assets** Totals (Excluding unknown values) | **$789,668.00** | **$42,118.90** |  | **$103,388.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    January 30, 2016          Current Projected Date Of Final Report (TFR):    September 28, 2015 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-82346 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | MCLANE, DONALD CARL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***0226 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/16/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/14 | | Auction Specialist of Mineral Point, LLC Trust | Sale of machinery/tractors pursuant to Court Order dated 9/29/14 | | 25,753.55 | | 25,753.55 |
| | {27} | | 4,000.00 | 1129-000 | | | 25,753.55 |
| | | | commission    -2,900.00 | 2500-000 | | | 25,753.55 |
| | | | advertising    -346.45 | 2500-000 | | | 25,753.55 |
| | {28} | | 13,000.00 | 1129-000 | | | 25,753.55 |
| | {29} | | 7,000.00 | 1129-000 | | | 25,753.55 |
| | {30} | | 5,000.00 | 1129-000 | | | 25,753.55 |
| 10/23/14 | {22} | Nack, Richardson & Nack | Sale of combine pursuant to Court Order dated 11/26/14 | 1129-002 | 25,000.00 | | 50,753.55 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.73 | 50,732.82 |
| 11/04/14 | | Auction Specialist of Mineral Point LLC | Sale of 1984 GMC Top Kick Truck pursuant to Court Order dated 9/29/14 | | 3,864.00 | | 54,596.82 |
| | {26} | | 4,200.00 | 1129-000 | | | 54,596.82 |
| | | | -336.00 | 2500-000 | | | 54,596.82 |
| 11/06/14 | 101 | Auction Specialists Mineral Point, WI, LLC | in error, auctioneer originally charged 8% but should have charged 10%, returning $84 as overpayment asset 26 | 2500-000 | | 84.00 | 54,512.82 |
| 11/26/14 | 102 | CNH Industrial America LLC | payment of secured creditors interest pursuant to 11/26/2014 Order - Asset 22 (P&I of $12,395.92, 34 days interest of $87.72 and atty fees and costs of $2,726.02 = $15,209.66) | 4210-002 | | 15,209.66 | 39,303.16 |
| 11/26/14 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | attorneys fees pursuant to 11/26/2014 Order - asset 22 | 3110-000 | | 911.50 | 38,391.66 |
| 11/26/14 | 104 | Stephenson Service Company | payment to secured creditor pursuant to 11/26/14 order - Asset 22 | 4210-000 | | 8,878.84 | 29,512.82 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.70 | 29,443.12 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.12 | 29,383.00 |
| 01/05/15 | {24} | Robert and Norma McLane | Proceeds paid to Estate for sale of "grain center" pursuant to court Order dated 12/17/14 | 1129-002 | 35,850.00 | | 65,233.00 |
| 01/22/15 | {2} | Donald Carl McLane | Turnover of funds for compromise of debtor's interest in farm account | 1129-000 | 5,714.21 | | 70,947.21 |
| 01/28/15 | {35} | Country Mutual Insurance Company | Refunded unearned insurance premium | 1229-000 | 2,124.69 | | 73,071.90 |
| 01/28/15 | | Country Mutual Insurance Company | Refunded unearned insurance premium | 1229-000 | 2,124.69 | | 75,196.59 |
| 01/28/15 | {34} | Jo Daviess County | Forklift sales proceeds (auctioneers proceeds was subject to Stephenson Service Company's security interest.) Proceeds tendered to secured creditor | 1129-002 | 1,500.00 | | 76,696.59 |
| 01/28/15 | | Country Mutual Insurance Company | Reversed Deposit 100007 1 Refunded | 1229-000 | -2,124.69 | | 74,571.90 |

Subtotals :    $99,806.45    $25,234.55

{} Asset reference(s)    Printed: 10/16/2015 09:58 AM    V.13.25

Case 14-82346   Doc 92   Filed 10/20/15   Entered 10/20/15 09:25:18   Desc Main
Document     Page 8 of 13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-82346 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | MCLANE, DONALD CARL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***0226 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/16/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | unearned insurance premium (duplicate deposit in error) | | | | |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.78 | 74,487.12 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.99 | 74,387.13 |
| 03/16/15 | 105 | Stephenson Service Company | per court order dated 3/11/15 asset 24 | 4210-000 | | 19,675.27 | 54,711.86 |
| 03/16/15 | 106 | Commodity Credit Corporation/IL State Farm Service | per court Order dated 3/11/15 asset 24 Voided on 03/16/15 | 4210-000 | | 11,805.16 | 42,906.70 |
| 03/16/15 | 106 | Commodity Credit Corporation/IL State Farm Service | per court Order dated 3/11/15 asset 24 Voided: check issued on 03/16/15 | 4210-000 | | -11,805.16 | 54,711.86 |
| 03/16/15 | 107 | Ehrmann Gehlbach Badger Lee & Considine, LLC | attorneys fees and costs per court order dated 3/11/15 asset 24 | 3110-000 | | 4,369.57 | 50,342.29 |
| 03/16/15 | 108 | United States Department of Justce | per court order dated 3/11/15; account #2015A21299 asset 24 | 7100-000 | | 11,805.16 | 38,537.13 |
| 03/19/15 | 109 | Stephenson Service Company | payment on forklift | 4210-000 | | 1,500.00 | 37,037.13 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.05 | 36,942.08 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.13 | 36,888.95 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.28 | 36,837.67 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.51 | 36,781.16 |
| 07/07/15 | 110 | U.S. Treasury | 2014 taxes | 2810-000 | | 4,631.00 | 32,150.16 |
| 07/07/15 | 111 | IL Department of Revenue | 2014 Taxes | 2820-000 | | 2,096.00 | 30,054.16 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 30,004.88 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.71 | 29,963.17 |

|  | ACCOUNT TOTALS | 99,806.45 | 69,843.28 | $29,963.17 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | Subtotal | 99,806.45 | 69,843.28 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $99,806.45 | $69,843.28 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1566 | 99,806.45 | 69,843.28 | 29,963.17 |
| | $99,806.45 | $69,843.28 | $29,963.17 |

{} Asset reference(s)                                                                                       Printed: 10/16/2015 09:58 AM   V.13.25

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case:  14-82346   MCLANE, DONALD CARL

| Case Balance: | $29,963.17 | Total Proposed Payment: | $29,963.17 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 8 | 1st Farm Credit Services, FLCA | Secured | 18,115.88 | 0.00 | 0.00 | 0.00 | 0.00 | 29,963.17 |
| 9 | Stephenson Service Company | Secured | 89,411.93 | 30,054.11 | 30,054.11 | 0.00 | 0.00 | 29,963.17 |
|  | Carl C. Swanson, CPA <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 3,015.00 | 3,015.00 | 0.00 | 3,015.00 | 3,015.00 | 26,948.17 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 405.89 | 405.89 | 0.00 | 405.89 | 405.89 | 26,542.28 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 5,281.07 | 5,281.07 | 5,281.07 | 0.00 | 0.00 | 26,542.28 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 6,000.00 | 6,000.00 | 0.00 | 6,000.00 | 6,000.00 | 20,542.28 |
|  | MEGAN G. HEEG <2200-00  Trustee Expenses> | Admin Ch. 7 | 45.58 | 45.58 | 0.00 | 45.58 | 45.58 | 20,496.70 |
|  | MEGAN G. HEEG <2100-00  Trustee Compensation> | Admin Ch. 7 | 3,241.77 | 3,241.77 | 0.00 | 3,241.77 | 3,241.77 | 17,254.93 |
| 11 | Internal Revenue Service | Priority | 6,542.00 | 6,542.00 | 0.00 | 6,542.00 | 6,542.00 | 10,712.93 |
| 1 | Farm Credit Services of America PCA | Unsecured | 1,700.48 | 1,700.48 | 0.00 | 1,700.48 | 113.30 | 10,599.63 |
| 2 | Farm Credit Services of America PCA | Unsecured | 2,088.79 | 2,088.79 | 0.00 | 2,088.79 | 139.17 | 10,460.46 |
| 3 | IAA Credit Union | Unsecured | 934.37 | 934.37 | 0.00 | 934.37 | 62.26 | 10,398.20 |
| 4 | AGCO Finance LLC | Unsecured | 13,351.09 | 13,351.09 | 0.00 | 13,351.09 | 889.57 | 9,508.63 |
| 5 | John Deere Financial, f.s.b. | Unsecured | 2,228.72 | 2,228.72 | 0.00 | 2,228.72 | 148.50 | 9,360.13 |
| 6 | Rockford Health Physicians | Unsecured | 8.42 | 8.42 | 0.00 | 8.42 | 0.56 | 9,359.57 |
| 7 | Annette McLane | Unsecured | 56,650.00 | 56,650.00 | 0.00 | 56,650.00 | 3,774.55 | 5,585.02 |
| 8 -2 | 1st Farm Credit Services, FLCA | Unsecured | 642.77 | 642.77 | 0.00 | 642.77 | 42.83 | 5,542.19 |
| 9 -2 | Stephenson Service Company | Unsecured | 57,696.50 | 57,696.50 | 0.00 | 57,696.50 | 3,844.27 | 1,697.92 |
| 10 | Commodity Credit Corporation/IL State Farm Service | Unsecured | 37,288.29 | 25,483.13 | 0.00 | 25,483.13 | 1,697.92 | 0.00 |

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case: 14-82346    MCLANE, DONALD CARL

Case Balance: $29,963.17    Total Proposed Payment: $29,963.17    Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 14-82346 : | | $304,648.55 | $215,369.69 | $35,335.18 | $180,034.51 | $29,963.17 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $17,989.31 | $17,989.31 | $5,281.07 | $12,708.24 | 100.000000% |
| Total Priority Claims : | $6,542.00 | $6,542.00 | $0.00 | $6,542.00 | 100.000000% |
| Total Secured Claims : | $107,527.81 | $30,054.11 | $30,054.11 | $0.00 | 100.000000% |
| Total Unsecured Claims : | $172,589.43 | $160,784.27 | $0.00 | $10,712.93 | 6.662922% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-82346
Case Name: MCLANE, DONALD CARL
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 29,963.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | 1st Farm Credit Services, FLCA | 18,115.88 | 0.00 | 0.00 | 0.00 |
| 9 | Stephenson Service Company | 89,411.93 | 30,054.11 | 30,054.11 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,963.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,241.77 | 0.00 | 3,241.77 |
| Trustee, Expenses - MEGAN G. HEEG | 45.58 | 0.00 | 45.58 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 5,281.07 | 5,281.07 | 0.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 405.89 | 0.00 | 405.89 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 3,015.00 | 0.00 | 3,015.00 |
| Attorney for Trustee Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 6,000.00 | 0.00 | 6,000.00 |

Total to be paid for chapter 7 administration expenses: $ 12,708.24
Remaining balance: $ 17,254.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 17,254.93

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,542.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Internal Revenue Service | 6,542.00 | 0.00 | 6,542.00 |

Total to be paid for priority claims:   $   6,542.00
Remaining balance:   $   10,712.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 160,784.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Farm Credit Services of America PCA | 1,700.48 | 0.00 | 113.30 |
| 2 | Farm Credit Services of America PCA | 2,088.79 | 0.00 | 139.17 |
| 3 | IAA Credit Union | 934.37 | 0.00 | 62.26 |
| 4 | AGCO Finance LLC | 13,351.09 | 0.00 | 889.57 |
| 5 | John Deere Financial, f.s.b. | 2,228.72 | 0.00 | 148.50 |
| 6 | Rockford Health Physicians | 8.42 | 0.00 | 0.56 |
| 7 | Annette McLane | 56,650.00 | 0.00 | 3,774.55 |
| 8 -2 | 1st Farm Credit Services, FLCA | 642.77 | 0.00 | 42.83 |
| 9 -2 | Stephenson Service Company | 57,696.50 | 0.00 | 3,844.27 |
| 10 | Commodity Credit Corporation/IL State Farm Service | 25,483.13 | 0.00 | 1,697.92 |

Total to be paid for timely general unsecured claims:   $   10,712.93
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $       0.00
Remaining balance:                                      $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:                        $       0.00

**UST Form 101-7-TFR (05/1/2011)**