UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: MCLANE, DONALD CARL § | Case No. 14-82346 |
| § | |
| § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/23/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 10/16/2015     By: /s/MEGAN G. HEEG
                                     Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| In re: MCLANE, DONALD CARL | § Case No. 14-82346 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $     103,388.90 |
| *and approved disbursements of* | $     73,425.73 |
| *leaving a balance on hand of* [1] | $     29,963.17 |
| **Balance on hand:** | $     29,963.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | 1st Farm Credit Services, FLCA | 18,115.88 | 0.00 | 0.00 | 0.00 |
| 9 | Stephenson Service Company | 89,411.93 | 30,054.11 | 30,054.11 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $     0.00 |
| Remaining balance: | $     29,963.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,241.77 | 0.00 | 3,241.77 |
| Trustee, Expenses - MEGAN G. HEEG | 45.58 | 0.00 | 45.58 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 5,281.07 | 5,281.07 | 0.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 405.89 | 0.00 | 405.89 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 3,015.00 | 0.00 | 3,015.00 |
| Attorney for Trustee Fees - Ehrmann Gehlbach Badger Lee | 6,000.00 | 0.00 | 6,000.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for chapter 7 administration expenses: | $ | 12,708.24 |
|---|---|---|---|
|  | Remaining balance: | $ | 17,254.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 17,254.93 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,542.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Internal Revenue Service | 6,542.00 | 0.00 | 6,542.00 |

|  | Total to be paid for priority claims: | $ | 6,542.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 10,712.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 160,784.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Farm Credit Services of America PCA | 1,700.48 | 0.00 | 113.30 |
| 2 | Farm Credit Services of America PCA | 2,088.79 | 0.00 | 139.17 |
| 3 | IAA Credit Union | 934.37 | 0.00 | 62.26 |
| 4 | AGCO Finance LLC | 13,351.09 | 0.00 | 889.57 |
| 5 | John Deere Financial, f.s.b. | 2,228.72 | 0.00 | 148.50 |
| 6 | Rockford Health Physicians | 8.42 | 0.00 | 0.56 |
| 7 | Annette McLane | 56,650.00 | 0.00 | 3,774.55 |
| 8 -2 | 1st Farm Credit Services, FLCA | 642.77 | 0.00 | 42.83 |

UST Form 101-7-NFR (10/1/2010)

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 -2 | Stephenson Service Company | 53,696.90 | 0.00 | 3,844.27 |
| 10 | Commodity Credit Corporation/IL State Farm Service | 25,483.13 | 0.00 | 1,697.92 |

Total to be paid for timely general unsecured claims:    $    10,712.93
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:    $    0.00
Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-82346-TML
Donald G. Carl McLane                                                 Chapter 7
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0752-3         User: kkrystave          Page 1 of 2         Date Rcvd: Oct 20, 2015
                             Form ID: pdf006          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2015.
```
db            +Donald G. Carl McLane,    2468 E Liebert Road,    Elizabeth, IL 61028-9525
22631953      +1st Farm Credit Services, FLCA,    2950 N. Main St. - Suite 2,    Princeton, IL 61356-9817
22409146      +1st Farm Credit Services, PCA,    2000 Jacobssen Dr,    Normal, IL 61761-6277
22499009      +Annette McLane,    4704 S. Madison,    Elizabeth, IL 61028-9507
22219326      +Annette McLane,    6833 Stalter Drive,    Rockford, IL 61108-2579
22219327      +Apple River State Bank,    112 N Main,    PO Box 515,    Elizabeth, IL 61028-0515
22219329      +CNH Industrial Capital,    PO Box 292,    Racine, WI 53401-0292
22219328       Chicago Ophthalmology, PC,    3000 N. Halsted Street,    Suite 501,    Chicago, IL 60657-5194
22822740      +Commodity Credit Corporation/IL State Farm Service,    2500 Wabash Ave,
                Springfield, IL 62704-4203
22536787       Dubuque Podiatry, PC,    1500 Delhi Street,    Suite 2200,    Dubuque, IA 52001-6359
22219330      +Eastland Feed and Grain Inc.,    PO Box 200,    Shannon, IL 61078-0200
22219331       Elizabeth Community Ambulance,    111 E. Myrtle Street,    Elizabeth, IL 61028-9772
22219334      +FS - Stephenson Service Company,    410 S. Hancock Avenue,    PO Box 917,
                Freeport, IL 61032-0917
22219335      +FSA,   225 N Main,    Elizabeth, IL 61028-8802
22219332      +Fabian E. Carbonell, M.D.,    4250 N. Marine Drive,    Suite 236,    Chicago, IL 60613-6211
22219333      +Farm Credit Services,    2000 Jacobssen Dr,    Normal, IL 61761-6277
22265669      +Farm Credit Services of America PCA,    POB 2409,    Omaha, NE 68103-2409
22219336       GM Card,   Customer Center,    PO Box 80082,    Salinas, CA 93912-0082
22219337      +IAA Credit Union,    PO Box 60495,    Tampa, FL 33660-0495
22428218      +James L. Wright,    Zanck, Coen, Wright & Saladin, P.C.,    40 Brink Street,
                Crystal Lake, IL 60014-4371
22219341      +Jo Davies Treasurer,    330 N Bench Street,    Galena, IL 61036-1848
22219342       John Deere Financial,    PO Box 5328,    Madison, WI 53705-0328
22406113      +John Deere Financial, f.s.b.,    PO Box 6600,    Johnston, IA 50131-6600
22219343      +Kubota,    1010 Knox St,    Torrance, CA 90502-1007
22219344       LifeNet, Inc.,    d/b/a Arch Air Medical Service, Inc,    PO Box 713391,
                Cincinnati, OH 45271-3391
22668357      +MICHAEL J. KELLY,    Assistant United States Attorney,    219 South Dearborn Street,
                Chicago, Illinois 60604-1702
22219345       Midwest Imaging Professionals,    PO Box 3223831,    Pittsburgh, PA 15250-7863
22219346       PHH Mortgage Services,    PO Box 5452,    Mount Laurel, NJ 08054-5452
22219347      +Presence Saint Joseph Hospital,    Patient Financial Services,    621 17th Street, Suite 1800,
                Denver, CO 80293-0621
22219348       Presence Service Corporation,    Attn: Presence Medical Group,    19 Mollison Way,
                Lewiston, ME 04240-5805
22219349      +Robert and Norma McLane,    3188 E. Liebert Road,    Elizabeth, IL 61028-9526
22219351       Rockford Health Physicians,    2300 N. Rockton Avenue,    Rockford, IL 61103-3619
22219350      +Rockford Health Physicians,    Anesthesiology Services,    6785 Weaver Road, Suite D,
                Rockford, IL 61114-8057
22219352      +Rockford Health System,    2400 North Rockton Avenue,    Rockford, IL 61103-3655
22219353       Rockford Radiology Associates,    PO Box 44269,    Madison, WI 53744-4269
22219354      +Scott Implement,    166 Mine Road,    Platteville, WI 53818-9537
22684380      +Stephenson Service Company,    Attorney Joseph D. Olsen,    1318 East State Street,
                Rockford, IL 61104-2228
22219355      +Stockton Dental Center,    120 W. Front Avenue,    PO box 146,    Stockton, IL 61085-0146
22219356       Vita Plus - Lanark,    300 N. Boyd Street,    Lanark, IL 61046-1062
22219357      +Vita Plus Corporation,    PO Box 259126,    2514 Fish Hatchery Road,    Madison, WI 53713-2424
22219358      +WCCI-FM,    316 Main Street,    PO Box 310,    Savanna, IL 61074-0310
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22219325       E-mail/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Oct 21 2015 01:46:14     Agco Finance,
                PO Box 2000,    Johnston, IA 50131-0020
22219338       E-mail/Text: tmcnamara@iaacu.org Oct 21 2015 01:45:22     IAA Credit Union,    PO Box 2901,
                Bloomington, IL 61702-2901
22305777      +E-mail/Text: tmcnamara@iaacu.org Oct 21 2015 01:45:22     IAA Credit Union,    808 IAA Drive,
                Bloomington, IL 61701-2214
22219339       E-mail/Text: rev.bankruptcy@illinois.gov Oct 21 2015 01:43:20
                Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
22219340       E-mail/Text: cio.bncmail@irs.gov Oct 21 2015 01:42:21     Internal Revenue Service,
                Centralized Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTAL: 5
```

              ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
```
22367829*       AGCO Finance LLC,    PO Box 2000,    Johnston, IA 50131-0020
22667093*      +United States of America,    c/o Department of Agriculture,    219 S. Dearborn St.,
                Chicago, IL 60604-1708
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: kkrystave          Page 2 of 2                  Date Rcvd: Oct 20, 2015
                              Form ID: pdf006          Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:
              Bernard J Natale    on behalf of Debtor Donald G. Carl McLane natalelaw@bjnatalelaw.com
              Craig A Willette    on behalf of Creditor   Apple River State Bank craigwillette@comcast.net
              Gloria C  Tsotsos    on behalf of Creditor    PHH Mortgage Corporation nd-two@il.cslegal.com
              James L. Wright    on behalf of Creditor    1st Farm Credit Services PCA jwright@zcwlaw.com,
               lkuziel@zcwlaw.com;srajzer@zcwlaw.com;agilbertson@zcwlaw.com
              Jason H Rock    on behalf of Creditor Annette  McLane jrock@bslbv.com
              Joseph D Olsen    on behalf of Creditor   Stephenson County Service Co. jolsenlaw@aol.com
              Megan G Heeg    on behalf of Accountant Carl  Swanson heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg     heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
              Michael  Kelly    on behalf of Plaintiff   United States of America United States Department of
               Agriculture  Rural Development michael.kelly@usdoj.gov,  MRavelo@usa.doj.gov
              Michael  Kelly    on behalf of Creditor    United States of America United States Department of
               Agriculture  Rural Development michael.kelly@usdoj.gov,  MRavelo@usa.doj.gov
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
              W. Kent Carter    on behalf of Creditor    CNH Industrial Capital America LLC wcarter@clarkhill.com,
               estoneking@clarkhill.com
                                                                                              TOTAL: 13
```