**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: MCLANE, DONALD CARL                    § Case No. 14-82346
                                              §
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned:  $737,244.00              Assets Exempt:  $107,901.00
(without deducting any secured claims)

Total Distribution to Claimants: $74,323.86    Claims Discharged
                                               Without Payment: $150,071.34

Total Expenses of Administration: $29,065.04
```

3) Total gross receipts of $ 103,388.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $103,388.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $144,597.90 | $122,737.47 | $45,263.77 | $45,263.77 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,065.04 | 29,065.04 | 29,065.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,542.00 | 6,542.00 | 6,542.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 144,597.90 | 184,394.59 | 172,589.43 | 22,518.09 |
| **TOTAL DISBURSEMENTS** | $289,195.80 | $342,739.10 | $253,460.24 | $103,388.90 |

4) This case was originally filed under Chapter 7 on July 30, 2014. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2016          By: /s/MEGAN G. HEEG
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refunded unearned insurance premium | 1229-000 | 2,124.69 |
| Reversed Deposit 100007 1 Refunded unearned insu | 1229-000 | -2,124.69 |
| Apple River State Bank - farm account joint with | 1129-000 | 5,714.21 |
| 1996 Case I.H. Combine | 1129-002 | 25,000.00 |
| Grain Bin, dryer, etc. | 1129-002 | 35,850.00 |
| 1984 GMC topkick Single Axle, 67,906 miles | 1129-000 | 4,200.00 |
| 2003 Ford Semi-Tractor, 1,234,120 miles | 1129-000 | 4,000.00 |
| 2009 Mauer single hopper grain trailer | 1129-000 | 13,000.00 |
| featherlite 8/x/24 ft trailer, 2 gates | 1129-000 | 7,000.00 |
| 2004 Alumi-Line 6x16x7ft livestock trailer | 1129-000 | 5,000.00 |
| Forklift sales proceeds | 1129-002 | 1,500.00 |
| Refunded unearned insurance premium | 1229-000 | 2,124.69 |
| **TOTAL GROSS RECEIPTS** | | **$103,388.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | 1st Farm Credit Services, FLCA | 4110-000 | N/A | 18,115.88 | 0.00 | 0.00 |
| 9 | Stephenson Service Company | 4210-000 | 144,597.90 | 89,411.93 | 30,054.11 | 30,054.11 |
|   | CNH Industrial America LLC | 4210-002 | N/A | 15,209.66 | 15,209.66 | 15,209.66 |
| **TOTAL SECURED CLAIMS** | | | $144,597.90 | $122,737.47 | $45,263.77 | $45,263.77 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,241.77 | 3,241.77 | 3,241.77 |
| MEGAN G. HEEG | 2200-000 | N/A | 45.58 | 45.58 | 45.58 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 5,281.07 | 5,281.07 | 5,281.07 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 405.89 | 405.89 | 405.89 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 3,015.00 | 3,015.00 | 3,015.00 |
| Auction Specialist of Mineral Point, LLC Trust | 2500-000 | N/A | 2,900.00 | 2,900.00 | 2,900.00 |
| Auction Specialist of Mineral Point, LLC Trust | 2500-000 | N/A | 346.45 | 346.45 | 346.45 |
| Rabobank, N.A. | 2600-000 | N/A | 20.73 | 20.73 | 20.73 |
| Auction Specialist of Mineral Point LLC | 2500-000 | N/A | 336.00 | 336.00 | 336.00 |
| Auction Specialists Mineral Point, WI, LLC | 2500-000 | N/A | 84.00 | 84.00 | 84.00 |
| Rabobank, N.A. | 2600-000 | N/A | 69.70 | 69.70 | 69.70 |
| Rabobank, N.A. | 2600-000 | N/A | 60.12 | 60.12 | 60.12 |
| Rabobank, N.A. | 2600-000 | N/A | 84.78 | 84.78 | 84.78 |
| Rabobank, N.A. | 2600-000 | N/A | 99.99 | 99.99 | 99.99 |
| Rabobank, N.A. | 2600-000 | N/A | 95.05 | 95.05 | 95.05 |
| Rabobank, N.A. | 2600-000 | N/A | 53.13 | 53.13 | 53.13 |
| Rabobank, N.A. | 2600-000 | N/A | 51.28 | 51.28 | 51.28 |
| Rabobank, N.A. | 2600-000 | N/A | 56.51 | 56.51 | 56.51 |
| U.S. Treasury | 2810-000 | N/A | 4,631.00 | 4,631.00 | 4,631.00 |
| IL Department of Revenue | 2820-000 | N/A | 2,096.00 | 2,096.00 | 2,096.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 49.28 | 49.28 | 49.28 |
| Rabobank, N.A. | 2600-000 | N/A | 41.71 | 41.71 | 41.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $29,065.04 | $29,065.04 | $29,065.04 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Internal Revenue Service | 5800-000 | N/A | 6,542.00 | 6,542.00 | 6,542.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,542.00 | $6,542.00 | $6,542.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Farm Credit Services of America PCA | 7100-000 | N/A | 1,700.48 | 1,700.48 | 113.30 |
| 2 | Farm Credit Services of America PCA | 7100-000 | N/A | 2,088.79 | 2,088.79 | 139.17 |
| 3 | IAA Credit Union | 7100-000 | N/A | 934.37 | 934.37 | 62.26 |
| 4 | AGCO Finance LLC | 7100-000 | N/A | 13,351.09 | 13,351.09 | 889.57 |
| 5 | John Deere Financial, f.s.b. | 7100-000 | N/A | 2,228.72 | 2,228.72 | 148.50 |
| 6 | Rockford Health Physicians | 7100-000 | N/A | 8.42 | 8.42 | 0.56 |
| 7 | Annette McLane | 7100-000 | N/A | 56,650.00 | 56,650.00 | 3,774.55 |
| 8 -2 | 1st Farm Credit Services, FLCA | 7100-000 | N/A | 642.77 | 642.77 | 42.83 |
| 9 -2 | Stephenson Service Company | 7100-000 | 144,597.90 | 57,696.50 | 57,696.50 | 3,844.27 |
| 10 | Commodity Credit Corporation/IL State Farm | 7100-000 | N/A | 37,288.29 | 25,483.13 | 1,697.92 |
| | United States Department of Justce | 7100-000 | N/A | 11,805.16 | 11,805.16 | 11,805.16 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $144,597.90 | $184,394.59 | $172,589.43 | $22,518.09 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/14 (f)  
**§341(a) Meeting Date:** 08/28/14  

**Period Ending:** 01/14/16  

**Claims Bar Date:** 01/26/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Location: 2468 E Liebert Road, Elizabeth IL 6102<br>Orig. Asset Memo: Orig. Description: Location: 2468 E Liebert Road, Elizabeth IL 61028, (appraised for divorce @ $350,000) (property, previously listed for sale @ $210,000 but no offers, received); Imported from original petition Doc# 1 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2  Apple River State Bank - farm account joint with<br>Orig. Asset Memo: Orig. Description: Apple River State Bank - farm account joint with son; Imported from original petition Doc# 1 | 9,024.00 | 5,714.21 | | 5,714.21 | FA |
| 3  Apple River State Bank - business checking d/b/a<br>Orig. Asset Memo: Orig. Description: Apple River State Bank - business checking d/b/a Country Insurance; Imported from original petition Doc# 1 | 69.00 | 0.00 | | 0.00 | FA |
| 4  Galena State Bank - personal checking<br>Orig. Asset Memo: Orig. Description: Galena State Bank - personal checking; Imported from original petition Doc# 1 | 274.00 | 0.00 | | 0.00 | FA |
| 5  Normal complement of household goods<br>Orig. Asset Memo: Orig. Description: Normal complement of household goods; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6  Normal complement of clothing<br>Orig. Asset Memo: Orig. Description: Normal complement of clothing; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7  (2) Country Companies - whole life (minor childr<br>Orig. Asset Memo: Orig. Description: (2) Country Companies - whole life (minor children are beneficiaries); Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 8  Country Companies - term life insurance<br>Orig. Asset Memo: Orig. Description: Country Companies - term life insurance; Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 9  Country Companies - qualified retirement IRA ann | 27,250.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL  

**Period Ending:** 01/14/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 01/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: Country Companies - qualified retirement IRA annunity; Imported from original petition Doc# 1 |  |  |  |  |  |
| 10 | Country Companies renewal commissions received m<br>Orig. Asset Memo: Orig. Description: Country Companies renewal commissions received monthly @ approximately $200 or less; Imported from original petition Doc# 1 | Unknown | 0.00 |  | 0.00 | FA |
| 11 | Possible claim against Country companies for wro<br>Orig. Asset Memo: Orig. Description: Possible claim against Country companies for wrongful termination of employment; Imported from original petition Doc# 1 | Unknown | 0.00 |  | 0.00 | FA |
| 12 | Social Security Disability Benefits Claim Debtor<br>Orig. Asset Memo: Orig. Description: Social Security Disability Benefits Claim Debtor has applied for Social Security Disability Benefit, but has not yet received a determination; Imported from original petition Doc# 1 | Unknown | 0.00 |  | 0.00 | FA |
| 13 | 2007 Chevy 2500 Pickup truck<br>Orig. Asset Memo: Orig. Description: 2007 Chevy 2500 Pickup truck; Imported from original petition Doc# 1 | 3,500.00 | 0.00 |  | 0.00 | FA |
| 14 | desk, chair and desktop computer<br>Orig. Asset Memo: Orig. Description: desk, chair and desktop computer; Imported from original petition Doc# 1 | 250.00 | 0.00 |  | 0.00 | FA |
| 15 | 39 fat cattle @ $1800 each, 16 feeder calves @ 8<br>Orig. Asset Memo: Orig. Description: 39 fat cattle @ $1800 each, 16 feeder calves @ 850; Imported from original petition Doc# 1 | 83,800.00 | 0.00 |  | 0.00 | FA |
| 16 | 20 head of sheep @ $85<br>Orig. Asset Memo: Orig. Description: 20 head of sheep @ $85; Imported from original petition Doc# 1 | 1,700.00 | 0.00 |  | 0.00 | FA |
| 17 | 22 goats @ $75<br>Orig. Asset Memo: Orig. Description: 22 goats @ $75; Imported from original petition Doc# 1 | 1,650.00 | 0.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL

**Period Ending:** 01/14/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 01/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | full complement of farm machinery, including tra<br>Orig. Asset Memo: Orig. Description: full complement of farm machinery, including tractors, trailers, combine, grain trucks, wagons, cattle chute and gates.; Imported from original petition Doc# 1 | 400,000.00 | 0.00 | | 0.00 | FA |
| 19 | Feed and hay<br>Orig. Asset Memo: Orig. Description: Feed and hay; Imported from original petition Doc# 1 | 4,500.00 | 0.00 | | 0.00 | FA |
| 20 | Sheraton Vistana Resort - time share<br>Orig. Asset Memo: Orig. Description: Sheraton Vistana Resort - time share; Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2004 plus renewals<br>Blanket UCC Business Assets<br><br>Debtor disclosed as part of "full compliment farm machinery" | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 1996 Case I.H. Combine<br>(Duplicate of asset 32) | 0.00 | 0.00 | | 25,000.00 | FA |
| 23 | Spreader & Disc Mower<br>Debtor disclosed as part of "full compliment of farm machinery" | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Grain Bin, dryer, etc.<br>Grain Center (all components valued at 35,850 per 10/16/14 Teasdale-Gill auction appraisal (duplicate of asset 33) | Unknown | 0.00 | | 35,850.00 | FA |
| 25 | 2012 Kubota 135 Tractor<br><br>Debtor disclosed as part of "full compliment farm machinery" | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 1984 GMC topkick Single Axle, 67,906 miles<br>VIN 1GDM7D1Y2EV504452 | 12,500.00 | 3,780.00 | | 4,200.00 | FA |
| 27 | 2003 Ford Semi-Tractor, 1,234,120 miles<br>Really is: 1998 Ford Conventional Tractor TK, VIN 1FTYY92K3WVA36341 | 4,500.00 | 4,000.00 | | 4,000.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82346
**Case Name:** MCLANE, DONALD CARL

**Period Ending:** 01/14/16

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 07/30/14 (f)
**§341(a) Meeting Date:** 08/28/14
**Claims Bar Date:** 01/26/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/ Unscheduled Values** | **Estimated Net Value**<br>**(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28 | 2009 Mauer single hopper grain trailer<br>    Really: 2010 Maurer Trailer Semi Tlr VIN 1M9KG28288AS152407 | 7,500.00 | 13,000.00 | | 13,000.00 | FA |
| 29 | featherlite 8/x/24 ft trailer, 2 gates<br>    really:  1989 Featherlite Trailer VIN 1FPL26206KA020172 | 12,000.00 | 7,000.00 | | 7,000.00 | FA |
| 30 | 2004 Alumi-Line 6x16x7ft livestock trailer<br>    Really:  2005 Alum-Line Trailer VIN 1A9LB182452241675 | 6,900.00 | 5,000.00 | | 5,000.00 | FA |
| 31 | Other Personal Property (unscheduled)  (u)<br>    Per divorce judgment on 2/3/14 debtor and wife owned commercial property on Commercial Drive, Hanover, Illinois, and per judgement, there was "no mortgage currently encumbering this property." Property was sold pre-filing. | 0.00 | 0.00 | | 0.00 | FA |
| 32 | FARMING EQUIPMENT<br>    1996 Case I.H. 2188 combine. (Duplicate of asset 22, above) | 0.00 | 0.00 | | 0.00 | FA |
| 33 | FARMING EQUIPMENT<br>     Grain Center (grain dryer, grain handling hopper bin, pit grate/cover, grain bin, 24' x 36' steel building (Duplicate of asset 24 above) | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Forklift sales proceeds | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 35 | Refunded unearned insurance premium  (u) | 0.00 | 2,124.69 | | 2,124.69 | FA |
| **35** | **Assets    Totals** (Excluding unknown values) | **$789,668.00** | **$42,118.90** | | **$103,388.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 30, 2016          **Current Projected Date Of Final Report (TFR):**    September 28, 2015  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL  
**Taxpayer ID #:** **-***0226  
**Period Ending:** 01/14/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/20/14 | | Auction Specialist of Mineral Point, LLC Trust | Sale of machinery/tractors pursuant to Court Order dated 9/29/14 | | | 25,753.55 | | 25,753.55 |
| | {27} | | | 4,000.00 | 1129-000 | | | 25,753.55 |
| | | | commission | -2,900.00 | 2500-000 | | | 25,753.55 |
| | | | advertising | -346.45 | 2500-000 | | | 25,753.55 |
| | {28} | | | 13,000.00 | 1129-000 | | | 25,753.55 |
| | {29} | | | 7,000.00 | 1129-000 | | | 25,753.55 |
| | {30} | | | 5,000.00 | 1129-000 | | | 25,753.55 |
| 10/23/14 | {22} | Nack, Richardson & Nack | Sale of combine pursuant to Court Order dated 11/26/14 | | 1129-002 | 25,000.00 | | 50,753.55 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.73 | 50,732.82 |
| 11/04/14 | | Auction Specialist of Mineral Point LLC | Sale of 1984 GMC Top Kick Truck pursuant to Court Order dated 9/29/14 | | | 3,864.00 | | 54,596.82 |
| | {26} | | | 4,200.00 | 1129-000 | | | 54,596.82 |
| | | | | -336.00 | 2500-000 | | | 54,596.82 |
| 11/06/14 | 101 | Auction Specialists Mineral Point, WI, LLC | in error, auctioneer originally charged 8% but should have charged 10%, returning $84 as overpayment asset 26 | | 2500-000 | | 84.00 | 54,512.82 |
| 11/26/14 | 102 | CNH Industrial America LLC | payment of secured creditors interest pursuant to 11/26/2014 Order - Asset 22 (P&I of $12,395.92, 34 days interest of $87.72 and atty fees and costs of $2,726.02 = $15,209.66) | | 4210-002 | | 15,209.66 | 39,303.16 |
| 11/26/14 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | attorneys fees pursuant to 11/26/2014 Order - asset 22 | | 3110-000 | | 911.50 | 38,391.66 |
| 11/26/14 | 104 | Stephenson Service Company | payment to secured creditor pursuant to 11/26/14 order - Asset 22 | | 4210-000 | | 8,878.84 | 29,512.82 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 69.70 | 29,443.12 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.12 | 29,383.00 |
| 01/05/15 | {24} | Robert and Norma McLane | Proceeds paid to Estate for sale of "grain center" pursuant to court Order dated 12/17/14 | | 1129-002 | 35,850.00 | | 65,233.00 |
| 01/22/15 | {2} | Donald Carl McLane | Turnover of funds for compromise of debtor's interest in farm account | | 1129-000 | 5,714.21 | | 70,947.21 |
| 01/28/15 | {35} | Country Mutual Insurance Company | Refunded unearned insurance premium | | 1229-000 | 2,124.69 | | 73,071.90 |
| 01/28/15 | | Country Mutual Insurance Company | Refunded unearned insurance premium | | 1229-000 | 2,124.69 | | 75,196.59 |
| 01/28/15 | {34} | Jo Daviess County | Forklift sales proceeds (auctioneers proceeds was subject to Stephenson Service Company's security interest.) Proceeds tendered to secured creditor | | 1129-002 | 1,500.00 | | 76,696.59 |

Subtotals : $101,931.14   $25,234.55

{} Asset reference(s)

Printed: 01/14/2016 10:26 AM   V.13.25

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL  
**Taxpayer ID #:** **-***0226  
**Period Ending:** 01/14/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/15 | | Country Mutual Insurance Company | Reversed Deposit 100007 1 Refunded unearned insurance premium (duplicate deposit in error) | 1229-000 | -2,124.69 | | 74,571.90 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.78 | 74,487.12 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.99 | 74,387.13 |
| 03/16/15 | 105 | Stephenson Service Company | per court order dated 3/11/15 asset 24 | 4210-000 | | 19,675.27 | 54,711.86 |
| 03/16/15 | 106 | Commodity Credit Corporation/IL State Farm Service | per court Order dated 3/11/15 asset 24 Voided on 03/16/15 | 4210-000 | | 11,805.16 | 42,906.70 |
| 03/16/15 | 106 | Commodity Credit Corporation/IL State Farm Service | per court Order dated 3/11/15 asset 24 Voided: check issued on 03/16/15 | 4210-000 | | -11,805.16 | 54,711.86 |
| 03/16/15 | 107 | Ehrmann Gehlbach Badger Lee & Considine, LLC | attorneys fees and costs per court order dated 3/11/15 asset 24 | 3110-000 | | 4,369.57 | 50,342.29 |
| 03/16/15 | 108 | United States Department of Justce | per court order dated 3/11/15; account #2015A21299 asset 24 | 7100-000 | | 11,805.16 | 38,537.13 |
| 03/19/15 | 109 | Stephenson Service Company | payment on forklift | 4210-000 | | 1,500.00 | 37,037.13 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.05 | 36,942.08 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.13 | 36,888.95 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.28 | 36,837.67 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.51 | 36,781.16 |
| 07/07/15 | 110 | U.S. Treasury | 2014 taxes | 2810-000 | | 4,631.00 | 32,150.16 |
| 07/07/15 | 111 | IL Department of Revenue | 2014 Taxes | 2820-000 | | 2,096.00 | 30,054.16 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 30,004.88 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.71 | 29,963.17 |
| 11/24/15 | 112 | Carl C. Swanson, CPA | Dividend paid 100.00% on $3,015.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,015.00 | 26,948.17 |
| 11/24/15 | 113 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $6,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,000.00 | 20,948.17 |
| 11/24/15 | 114 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $405.89, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 405.89 | 20,542.28 |
| 11/24/15 | 115 | Internal Revenue Service | Dividend paid 100.00% on $6,542.00; Claim# 11; Filed: $6,542.00; Reference: | 5800-000 | | 6,542.00 | 14,000.28 |
| 11/24/15 | 116 | Farm Credit Services of America PCA | Dividend paid 6.66% on $1,700.48; Claim# 1; Filed: $1,700.48; Reference: | 7100-000 | | 113.30 | 13,886.98 |
| 11/24/15 | 117 | Farm Credit Services of America PCA | Dividend paid 6.66% on $2,088.79; Claim# 2; Filed: $2,088.79; Reference: | 7100-000 | | 139.17 | 13,747.81 |
| 11/24/15 | 118 | IAA Credit Union | Dividend paid 6.66% on $934.37; Claim# 3; | 7100-000 | | 62.26 | 13,685.55 |

Subtotals: $-2,124.69    $60,886.35

{} Asset reference(s)

Printed: 01/14/2016 10:26 AM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-82346  
**Case Name:** MCLANE, DONALD CARL  
**Taxpayer ID #:** **-***0226  
**Period Ending:** 01/14/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $934.37; Reference: | | | | |
| 11/24/15 | 119 | AGCO Finance LLC | Dividend paid 6.66% on $13,351.09; Claim# 4; Filed: $13,351.09; Reference: | 7100-000 | | 889.57 | 12,795.98 |
| 11/24/15 | 120 | John Deere Financial, f.s.b. | Dividend paid 6.66% on $2,228.72; Claim# 5; Filed: $2,228.72; Reference: | 7100-000 | | 148.50 | 12,647.48 |
| 11/24/15 | 121 | Rockford Health Physicians | Dividend paid 6.66% on $8.42; Claim# 6; Filed: $8.42; Reference: | 7100-000 | | 0.56 | 12,646.92 |
| 11/24/15 | 122 | Annette McLane | Dividend paid 6.66% on $56,650.00; Claim# 7; Filed: $56,650.00; Reference: | 7100-000 | | 3,774.55 | 8,872.37 |
| 11/24/15 | 123 | 1st Farm Credit Services, FLCA | Dividend paid 6.66% on $642.77; Claim# 8 -2; Filed: $642.77; Reference: | 7100-000 | | 42.83 | 8,829.54 |
| 11/24/15 | 124 | Stephenson Service Company | Dividend paid 6.66% on $57,696.50; Claim# 9 -2; Filed: $57,696.50; Reference: | 7100-000 | | 3,844.27 | 4,985.27 |
| 11/24/15 | 125 | Commodity Credit Corporation/IL State Farm Service | Dividend paid 6.66% on $25,483.13; Claim# 10; Filed: $37,288.29; Reference: | 7100-000 | | 1,697.92 | 3,287.35 |
| 11/24/15 | 126 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,287.35 | 0.00 |
| | | | Dividend paid 100.00% 3,241.77 on $3,241.77; Claim# ; Filed: $3,241.77 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 45.58 on $45.58; Claim# ; Filed: $45.58 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 99,806.45 | 99,806.45 | $0.00
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 99,806.45 | 99,806.45 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$99,806.45** | **$99,806.45** |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 14-82346 | | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | MCLANE, DONALD CARL | | | **Bank Name:** | Rabobank, N.A. |
| | | | | **Account:** | ******1566 - Checking Account |
| **Taxpayer ID #:** | **-***0226 | | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 01/14/16 | | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
| | **Checking # ******1566** | 99,806.45 | 99,806.45 | 0.00 |
| | | $99,806.45 | $99,806.45 | $0.00 |

{} Asset reference(s)

Printed: 01/14/2016 10:26 AM    V.13.25